## JOHN DERDOSKI v. AUGUST BRECHT.[1]

January 5, 1940.

No. 32,197.

[1]Reported in 289 N. W. 829.

*Maugridge S. Robb,* for appellant.
*Joseph P. O'Hara,* for respondent.

PER CURIAM.

This case is another arising from the accident involved in Schweikert v. Peters Sausage Co. 206 Minn. 596, 289 N. W. 828, the opinion in which is filed herewith. Plaintiff, driver of the truck, upon suing Brecht, owner and driver of the sedan, met the latter's counterclaim, upon which the jury found for Brecht and awarded him damages. For the reason stated in the other case, the order denying plaintiff's blended motion must be affirmed.

So ordered.

